| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408)-535-5084 |
| 7 | Fax: (408)-535-5066<br>E-mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

No. CR 10-00908-DLJ

UNITED STATES OF AMERICA,  )
                           )   STIPULATION AND []
          Plaintiff,       )   ORDER CONTINUING SENTENCING
                           )   <u>HEARING DATE</u>
     v.                    )
                           )
KARL MICHAEL BIJAN,        )
                           )
          Defendant.       )
_____)

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, March 22, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, June 28, 2012 at 10:00 a.m..

It is so stipulated.

Dated: February 17, 2012        _____/s/_____
                                JOHN N. GLANG
                                Assistant U.S. Attorney
                                Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**

1  It is so stipulated:

2  Dated:  February 17, 2012                          _____/s/_____
                                                    PETER F. GOLDSCHEIDER
3                                                   Attorney for Karl Michael Bijan

4                                          ORDER

5     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby

6  ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be

7  continued from Thursday, March 22. 2012 at 10:00 a.m. and rescheduled for Thursday, June 28,

8  2012 at 10:00 a.m.

11 It is so ORDERED:

12 Dated: _____                         _____
                                                    D. LOWELL JENSEN
13                                                  United States District Judge
                                                    Northern District of California