MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>   v. <br> KARL MICHAEL BIJAN, <br>               Defendant. | No. CR 10-00908-DLJ <br><br> STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, June 28, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, August 2, 2012 at 10:00 a.m.

It is so stipulated.

Dated: June 4, 2012                                                   _____/s/_____
                                                                                 JOHN N. GLANG
                                                                                 Assistant United States Attorney
                                                                                 Northern District of California

1 | It is so stipulated:

2 | Dated: June 4, 2012

_____/s/_____
PETER F. GOLDSCHEIDER
Attorney for Karl Michael Bijan

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, June 28, 2012 at 10:00 a.m. and rescheduled for Thursday, August 2, 2012 at 10:00 a.m.

It is so ORDERED:
Dated: _____

_____
D. LOWELL JENSEN
United States District Judge
Northern District of California