| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5084 |
| 7 | Fax: (408) 535-5066<br>E-mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

No. CR 10-00908-DLJ

UNITED STATES OF AMERICA, )
          ) STIPULATION AND []
     Plaintiff, ) ORDER CONTINUING SENTENCING
          ) HEARING DATE
     v. )
          )
KARL MICHAEL BIJAN, )
          )
     Defendant. )
_____)

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, August 2, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, August '45, 2012 at 10:00 a.m.

It is so stipulated.

Dated: July 12, 2012                    _____/s/_____
                                        JOHN N. GLANG
                                        Assistant United States Attorney
                                        Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**

1  It is so stipulated:
2  Dated: July 12, 2012                              _____/s/_____
                                                   PETER F. GOLDSCHEIDER
3                                                  Attorney for Karl Michael Bijan
4
                                    ORDER
5
     Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
continued from Thursday, August 2, 2012 at 10:00 a.m. and rescheduled for Thursday, August
8
45, 2012 at 10:00 a.m.
9
10
11  It is so ORDERED:
12  Dated: _____                          _____
                                                   D. LOWELL JENSEN
13                                                 United States District Judge
                                                   Northern District of California

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 10-00908-DLJ                              2