MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00908-DLJ |
| ) Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| v. ) | |
| KARL MICHAEL BIJAN, ) | |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, August 23, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, October 4, 2012 at 10:00 a.m.

It is so stipulated.

Dated: August 10, 2012

_____/s/_____
JOHN N. GLANG
Assistant United States Attorney
Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 10-00908-DLJ**

| | |
|---|---|
| 1 | It is so stipulated: |
| 2 | Dated: August 10, 2012            _____/s/_____ |
| 3 |                                      PETER F. GOLDSCHEIDER<br>Attorney for Karl Michael Bijan |

1  It is so stipulated:

2  Dated: August 10, 2012                    _____/s/_____
                                              PETER F. GOLDSCHEIDER
3                                             Attorney for Karl Michael Bijan

                            ORDER

   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, August 23, 2012 at 10:00 a.m. and rescheduled for Thursday, October 4, 2012 at 10:00 a.m.

It is so ORDERED:

Dated: _____           _____
                                     D. LOWELL JENSEN
                                     United States District Judge
                                     Northern District of California